```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
WILLIAM E. WRIGHT, III        :        CIVIL ACTION
                              :
          v.                  :
                              :
MOSTNAK, et al.               :        NO. 07-5023
```

ORDER

AND NOW, this 1st day of August, 2011, upon consideration of the defendants' Motion for Summary Judgment (Docket No. 26) and the opposition thereto, and following an oral argument on May 26, 2011, and for the reasons stated in a memorandum of today's date, IT IS HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART.  The motion is GRANTED with respect to Officers Smith and Lynch.  The motion is DENIED with respect to Officers Mastnjak, Moeller, and Shivone.  The Court will hold a telephone conference with counsel on August 29, 2011 at 4:00 p.m. to discuss scheduling the remainder of the case.  Plaintiff's counsel shall initiate the call.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.